AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Thomas Joseph Kelly, Jr.<br>(AKA: Tommy)<br><br>DOB: XXXXXX<br>*Defendant* | ) Case: 1:24-mj-00181<br>) Assigned to: Judge Harvey, G. Michael<br>) Assign Date: 5/21/2024<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. §§ 111(a)(1), (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers ;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings; and
40 U.S.C. § 5104(e)(2)(F) - Engaging in an Act of Physical Violence in the Grounds or any of the Capitol Buildings

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Printed name and title*

Attested to by the applicant by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: __May 21, 2024__

*Judge's signature*

City and state: __Washington, D.C.__    G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*