AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00181 |
|   | ) Assigned to: Judge Harvey, G. Michael |
|   | ) Assign Date: 5/21/2024 |
| Thomas Joseph Kelly, Jr. | ) Description: COMPLAINT W/ ARREST WARRANT |
| (AKA: Tommy) | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Thomas Joseph Kelly, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1), (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers ;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings; and
40 U.S.C. § 5104(e)(2)(F) - Engaging in an Act of Physical Violence in the Grounds or any of the Capitol Buildings

Date: May 21, 2024

Digitally signed by G. Michael Harvey
Date: 2024.05.21 10:55:11 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/21/24, and the person was arrested on *(date)* 5/22/2024
at *(city and state)* [REDACTED] Middleton, MO

Date: 5/22/2024

*Arresting officer's signature*

Kyra M. Dressler, FBI SA
*Printed name and title*