# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 24-MJ-181 (GMH) |
| : | |
| **THOMAS JOSEPH KELLY, JR.,** : | |
| : | |
| **Defendant.** : | |

### JOINT STATUS REPORT, UNOPPOSED MOTION TO CONTINUE, AND UNOPPOSED MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, through counsel, and defendant Thomas Joseph Kelly, Jr., through counsel, hereby submit a Joint Status Report, Unopposed Motion for a Continuance, and Unopposed Motion to Exclude Time Under the Speedy Trial Act and state as follows:

The defendant in this case is charged by an eight-count Criminal Complaint with violations of 18 U.S.C. § 111(a)(1), (b) (Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon); 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers); 18 U.S.C. § 231(a)(3) (Obstruction of Law Enforcement During Civil Disorder); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building); 18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D) (Violent Entry and Disorderly Conduct in a Capitol Building); and 40 U.S.C. § 5104(e)(2)(F) (Engaging in an Act of Physical Violence in the Grounds or any of the Capitol Buildings).

The government continues to gather both global discovery and case-specific discovery. The government will provide access to global discovery and case-specific discovery to defense counsel as soon as the government receives the defendant's position as to the proposed protective

order governing the production of discovery. At present, there are no discovery disputes that require the intervention of the Court.

The government and defense counsel believe that additional time, specifically approximately sixty days, before the Magistrate Judge in this case would allow the parties to engage in the provision of discovery and facilitate its review by defense counsel and his client. The requested period would also allow the parties to engage in good-faith negotiations regarding the possibility of a pre-Indictment resolution to the charges.

Consistent with the attached proposed Order, the government requests, and the defendant through his counsel consents to

a. the Court excluding all time between Tuesday, July 9, 2024, and a date approximately sixty days from then, specifically through Thursday, September 5, 2024, from calculation under the Speedy Trial Act, and

b. continue to waive his right under 18 U.S.C. § 31651(b) to be charged by indictment or information within thirty days of his arrest.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | A.J. KRAMER<br>Federal Public Defender<br>District of Columbia |
| By: /s/ Sean P. Murphy<br>SEAN P. MURPHY<br>Assistant United States Attorney<br>Detailee, Capitol Siege Section<br>N.Y. Reg. No. 5321617<br>Torre Chardon, Ste 1201<br>350 Carlos Chardon Ave<br>San Juan, PR 00918<br>787-766-5656<br>sean.murphy@usdoj.gov | /s/<br>JOSE ALEJANDRO GERMAN<br>Attorney for Thomas Joseph Kelly, Jr.<br>Federal Public Defender<br>625 Indiana Avenue, NW<br>Washington, DC 20004<br>202-208-7500<br>jose_german@fd.org |